IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:98-CV-116-D

| | | |
|---|---|---|
| ROBERT L. DAVIS, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| RUSSELL WALKER, et al., | ) ) | |
| Defendants. | ) | |

On September 7, 2018, Robert L. Davis filed a document entitled "motion to strike defendant's memorandum" [D.E. 124]. The motion [D.E. 124] is baseless and is DENIED.

SO ORDERED. This 6 day of February 2019.

JAMES C. DEVER III
United States District Judge