IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:98-CV-116-D

| | | |
|---|---|---|
| ROBERT L. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| RUSSELL WALKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On May 19, 2021, Robert L. Davis filed a document entitled "motion to recuse Honorable Judges Terrance W. Boyle and James Dever ... pursuant to 28 U.S. Code Sec. 455 ... " [D.E. 128], and a document entitled "motion to enter order upon the reassigned lawsuit with finding of fact and conclusions of law under federal rule 52" [D.E. 129]. The motions [D.E. 128, 129] are baseless and are DENIED.

SO ORDERED. This 7 day of June 2021.

JAMES C. DEVER III
United States District Judge