IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:98-CV-116-D

| | | |
|---|---|---|
| ROBERT L. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| RUSSELL WALKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On June 7, 2021, this court denied plaintiff's latest motions as baseless. See [D.E. 130]. On June 30, 2021, plaintiff filed a "motion to dismiss fraudulent order entered on June 7, 2021 and grant plaintiffs' May 19 2021 motions" [D.E. 131]. The motion [D.E. 131] is baseless and is DENIED. The case remains closed.

SO ORDERED. This 14 day of July 2021.

JAMES C. DEVER III
United States District Judge